UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Todd C. Bank, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) AccessOne Consumer Health, Inc. and National Benefit Builders, Inc., ) ) ) Defendants. ) ) | Civil Action No. 1:16-cv-01510-CBA-VMS **(PROPOSED) ORDER GRANTING MOTION TO ADMIT DON LAWRENCE KRISTINIK III TO APPEAR AS COUNSEL *PRO HAC VICE*** |

The motion for Admission for Don Lawrence Kristinik III to practice *pro hac vice* in the above matter is granted. The admitted attorney, Don Lawrence Kristinik III, is permitted to appear as counsel for Defendant AccessOne Consumer Health, Inc.

This order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above case will be made on the roll of attorneys.

May 19, 2016.                                S/ Vera M. Scanlon
                                             _____
                                             United States District Judge