UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> -against- <br><br> ACCESSONE CONSUMER HEALTH, INC., and NATIONAL BENEFIT BUILDERS, INC., <br><br> *Defendants*. | 1:16-cv-01510-CBA-VMS <br><br> **NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(a)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, dismisses the above-referenced action with prejudice and without costs

to any party.

Dated:  September 8, 2016


   s/ *Todd C. Bank*
TODD C. BANK
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125

*Plaintiff Pro Se*