

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 19 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TODD C. BANK, Individually and on
Behalf of All Others Similarly Situated,

*Plaintiff,*

-against-

ACCESSONE CONSUMER HEALTH, INC.,
and NATIONAL BENEFIT BUILDERS, INC.,

*Defendants.*

1:16-cv-01510-CBA-VMS

**NOTICE OF DISMISSAL
UNDER RULE 41(a)(1)(a)(i)
OF THE FEDERAL RULES
OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismisses the above-referenced action with prejudice and without costs to any party.

Dated: September 8, 2016

*s/ Todd C. Bank*
TODD C. BANK
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125

*Plaintiff Pro Se*

So Ordered

s/Carol Bagley Amon

9/16/16